# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DEMOND L. JONES,** | )<br>) |
| Plaintiff, | ) Case No. 7:16CV00441<br>) |
| v. | ) **OPINION**<br>) |
| **LESLIE FLEMING, ET AL.,** | ) By: James P. Jones<br>) United States District Judge |
| Defendants. | ) |

*Demond L. Jones, Pro Se Plaintiff; Richard C. Vorhis, Office of the Attorney General, Richmond, Virginia, for Defendants.*

Demond L. Jones, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Jones was released from prison on June 5, 2018, and is no longer subject to the provisions of the Prisoner Litigation Reform Act that allowed him to pay the $350 filing fee via installments. Orders entered June 14 and July 26, 2018, directed Jones to submit, within a set time period, the remainder of the filing fee owed and the applicable administrative fee for a total of $354.90 or to otherwise respond. He was advised that he could apply to proceed in forma pauperis and was provided the appropriate form for doing so. Jones was advised that a failure to comply within the time limits set out in the orders would result in dismissal of this action without prejudice.

The time allotted for Jones to respond has passed, and he has failed to comply with the described conditions. Accordingly, I will dismiss the action without prejudice and cancel the trial scheduled for December 12-13, 2018, in Abingdon.

A separate Order will be entered herewith.

DATED: August 9, 2018

/s/ James P. Jones
United States District Judge